**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6853**

EDWIN BLADIMIR ESCOBAR-SALMERON,

Plaintiff - Appellant,

v.

STEPHEN T. MOYER; COREY T. HOLLAND; CO II DANIEL ARNDT,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge.  (1:19-cv-02717-RDB)

Submitted:  May 7, 2021

Decided:  May 14, 2021

Before MOTZ, THACKER, and QUATTLEBAUM, Circuit Judges.

Remanded by unpublished per curiam opinion.

Edwin Bladimir Escobar-Salmeron, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edwin Bladimir Escobar-Salmeron seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 complaint. The district court received the notice of appeal shortly after expiration of the appeal period. Because Escobar-Salmeron is incarcerated, the notice is considered filed as of the date it was delivered to prison officials for mailing to the court. Fed. R. App. P. 4(c)(1); *Houston v. Lack*, 487 U.S. 266, 276 (1988). The record does not reveal when Escobar-Salmeron gave the notice of appeal to prison officials for mailing. Accordingly, we remand this case for the limited purpose of allowing the district court to obtain this information from the parties and to determine whether the filing was timely under Rule 4(c)(1) and *Houston*. The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED*